UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:       STEVEN WAYNE MCDANIEL

DEBTOR                                                         CASE NO.: 21-90171-AKM-13

## TRUSTEE'S MOTION TO DISMISS

Comes now the Trustee, Joseph M. Black, Jr., and files his Motion to Dismiss. In support of this motion the Trustee finds the debtor is delinquent in plan payments in the approximate amount of $896.55 through February 2022, with the last payment received on March 14, 2022.

The Trustee requests the Court to dismiss this case for failure to keep the bankruptcy plan payments current.

Dated: March 18, 2022

    /s/ Joseph M. Black, Jr.
Joseph M. Black, Jr., Trustee
PO Box 846
Seymour, IN 47274
Phone:  (812)524-7211
Fax:      (812)523-8838
Email:   jmblack.mtd@trustee13.com

## NOTICE OF MOTION TO DISMISS

Please take notice that parties in interest shall have **twenty-one (21) days from the date this Notice <u>is served</u>** to file an objection to the foregoing TRUSTEE'S MOTION TO DISMISS filed herein. Objections must be filed in accordance with Local Rule S.D.Ind. B-9013-1 at http://ecf.insb.uscourts.gov which requires a user account and password OR in writing (if not represented by an attorney) with the Clerk's Office at 110 U.S. Courthouse, 121 W Spring St, New Albany IN   47150, and served upon the Trustee and the Debtor or the Debtor's attorney at the address listed below.   If no objection is timely filed, an order may be entered by the Court for the relief requested.

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2022, a copy of the TRUSTEE'S MOTION TO DISMISS and NOTICE was filed electronically.   Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.   Parties may access this filing through the Court's system.

KOEHLER LAW OFFICE       lloydkoehler@hotmail.com
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov

I further certify that on March 18, 2022, a copy of the TRUSTEE'S MOTION TO DISMISS and NOTICE was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

STEVEN WAYNE MCDANIEL
812 HOLLY DR
JEFFERSONVILLE   IN   47130-

       /s/ Joseph M. Black, Jr.
Joseph M. Black, Jr., Trustee