UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE: STEVEN WAYNE MCDANIEL
DEBTOR                                                                    CASE NO: 21-90171-AKM-13

## NOTICE OF CONSULTATION REQUIREMENT

**NOTICE IS GIVEN** that pursuant to this court's General Order 10-0001, the Debtor's attorney or the Debtor, if not represented by an attorney, is required to make contact with the Chapter 13 Trustee concerning the Objection to the Motion to Dismiss Case by April 29, 2022. **Failure to make contact may result in the dismissal of this case without further notice or hearing.**

The Chapter 13 Trustee prefers E-mail contact. Below is the contact information for that purpose:

   Trustee: Joseph M. Black, Jr.
   E-mail: jmblack.mtd@trustee13.com

Dated: April 8, 2022

　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph M. Black, Jr
　　　　　　　　　　　　　　　　　　　　　　Joseph M. Black, Jr.,
　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Standing Trustee
　　　　　　　　　　　　　　　　　　　　　　PO Box 846
　　　　　　　　　　　　　　　　　　　　　　Seymour, IN 47274
　　　　　　　　　　　　　　　　　　　　　　Phone: (812) 524-7211
　　　　　　　　　　　　　　　　　　　　　　Fax:     (812) 523-8838
　　　　　　　　　　　　　　　　　　　　　　E-mail: jmblack.mtd@trustee13.com

### CERTIFICATE OF NOTICE

I hereby certify that on April 8, 2022, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

KOEHLER LAW OFFICE  lloydkoehler@hotmail.com
U.S. TRUSTEE                      ustpregion10.in.ecf@usdoj.gov

I further certify that on April 8, 2022, a copy of the foregoing document was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

STEVEN WAYNE MCDANIEL
812 HOLLY DR
JEFFERSONVILLE  IN  47130-

　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph M. Black, Jr.
　　　　　　　　　　　　　　　　　　　　　　Joseph M. Black, Jr., Trustee