UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:
STEVEN W. McDANIEL          }          CASE NO. 21-90171-AKM-13
    DEBTOR                  }

## MOTION TO MODIFY CHAPTER 13 PLAN
## AND NOTICE OF OBJECTION DEADLINE

Comes now the above-captioned Debtor by Counsel, and files his Motion to Modify Debtor's Chapter 13 Plan. In support of this Motion, Counsel for the Debtor states as follows:

1. The Debtor proposes to cure her pending plan delinquency through and including April, 2022 by delivering a payment in the amount of $72.69 through TFS billpay on April 22, 2022 and a second payment in the amount of $72.69 through TFS billpay on April 29, 2022. The remaining delinquency will be cured by extending the plan from 60 months to 63 months (or until the base amount is paid in full).

2. The Debtor proposes to fund payments through TFS billpay.

3. Plan payments will only be deemed timely received by the Trustee if received in the month in which they are due.

4. The case will be automatically dismissed if any payment due during the six (6) month probationary period is not received by the Trustee prior to the last day of the month in which it is due.

**WHEREFORE**, the Debtor, by Counsel, requests the Court to modify his plan by extending the plan from 60 months to 63 months. The Debtor's current plan payment amount is $315.00 per month; the Debtor will continue to deliver payments in the amount of $315.00 per month commencing in May, 2022; then will increase to $430.00 per month commencing in October, 2022 (until the base amount is paid in full). All other terms of the confirmed plan not changed by this modification shall remain the same.

Dated this _10th_ day of _May_, 2022.

KOEHLER LAW OFFICE
By: /s/ Lloyd E. Koehler
Lloyd E. Koehler
Attorney No. 15669-98
400 Pearl Street, Suite 200
New Albany, IN 47150
Telephone: (812) 949-2211
Post-Petition Fax: 812-703-9548
E-mail: lloydkoehler@hotmail.com

/s/ Steven W. McDaniel
STEVEN W. McDANIEL

**NOTICE IS GIVEN THAT** any Objection must be filed with the Bankruptcy Clerk within **21 days** from the date of service [or such other time period as may be permitted by Fed.R.Bankr.P.9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

U.S. Bankruptcy Court
110 U.S. Courthouse
121 W. Spring Street
New Albany, Indiana 47150

The objecting party must ensure delivery of the objection to the party filing the motion, (the Trustee – if not the movant or the objector) (and the Debtor – if not the movant or the objector). **If an objection is NOT timely filed, the requested relief may be granted.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 10th day of May, 2022 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Joseph M. Black, Jr., Chapter 13 Trustee: **jmbecf@trustee13.com**
U.S. Trustee: **ustpregion10.in.ecf@usdoj.gov**

I further certify that a true copy of the foregoing Motion to Modify was sent via U.S. Mail this 10th day of May, 2022 to all parties attached hereto:

/s/ Lloyd E. Koehler
Lloyd E. Koehler

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-4<br>Case 21-90171-AKM-13<br>Southern District of Indiana<br>New Albany<br>Tue May 10 15:16:35 EDT 2022 | Aarons<br>1735 E 10ths Street<br>Jeffersonville, IN 47130-6272 | Afni, Inc.<br>Attn: Bankruptcy<br>Po Box 3427<br>Bloomington, IL 61702-3427 |
| Allied Collection Services<br>Attn: Bankruptcy<br>3080 South Durango Drive Suite 208<br>Las Vegas, NV 89117-9194 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 |
| (p)AVANTEUSA<br>3600 S GESSNER RD<br>SUITE 225<br>HOUSTON TX 77063-5357 | Joseph M. Black Jr.<br>Office of Joseph M. Black, Jr.<br>PO Box 846<br>Seymour, IN 47274-0846 | Choice Recovery<br>Attn: Bankruptcy<br>1550 Old Henderson Rd, Ste 100<br>Columbus, OH 43220-3662 |
| Clark Memorial<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Directv, LLC<br>by American InfoSource as agent<br>PO Box 5072<br>Carol Stream, IL 60197-5072 | Eagle Financial Services, Inc.<br>PO Box 54927<br>Cincinnati OH 45254-0927 |
| Fingerhut<br>Attn: Bankruptcy<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | Fitzpatric<br>7100 Preston Hwy<br>Louisville, KY 40219-2730 | Freedom Road Financial<br>Attn: Bankruptcy<br>Po Box 4597<br>Oak Brook, IL 60522-4597 |
| FreedomRoad Financial c/o Wayfinder BK, LLC<br>PO Box 64090<br>Tucson, AZ 85728-4090 | (p)G  L  A   COLLECTION CO  INC<br>PO BOX 588<br>GREENSBURG IN 47240-0588 | (p)INDIANA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY<br>100 N SENATE AVE<br>INDIANAPOLIS IN 46204-2253 |
| Indiana Dept of Revenue<br>PO Box 0595<br>Indianapolis, IN 46206-0595 | Internal Revenue Service<br>c/o Central Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Kellie M. Mingus<br>C/O Paul Blanton<br>416 Megis Ave<br>Jeffersonville, IN 47130-3950 | Lloyd Koehler<br>400 Pearl St. Ste 200<br>New Albany, IN 47150-3451 | Koehler Law Office<br>400 Pearl St, Ste 200<br>New ALbany, IN 47150-3451 |
| Steven Wayne McDaniel<br>812 Holly Drive<br>Jeffersonville, IN 47130-4904 | Midwest Carpenters & Millwrights<br>Federal Credit Union<br>MCMFCU<br>680 Union St<br>Hobart, IN 46342-2590 | Midwest Carpenters & Millwrights<br>c/o Attorney Joseph Biel<br>Jeffersonville, IN 47130 |
| Norton Healthcare<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Receivables Managemnt Partners<br>Attn: Bankruptcy<br>Po Box 630844<br>Cincinnati, OH 45263-0844 |

| | | |
|---|---|---|
| Regional Acceptance Company<br>Attn: Bankruptcy<br>Po Box 1487<br>Wilson, NC 27894-1487 | Regional Acceptance Corporation<br>PO Box 1847<br>Wilson, NC 27894-1847 | Southwest Credit Systems<br>4120 International Parkway #100<br>Carrollton, TX 75007-1958 |
| U of L Health<br>PO Box 645376<br>Pittsburgh, PA 15264-5251 | U.S. Attorney's Office<br>10 W Market St Ste 2100<br>Indianapolis, IN 46204-1986 | U.S. Trustee<br>Office of U.S. Trustee<br>46 E Ohio Street, Room 520<br>Indianapolis, IN 46204-1907 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AvanteUSA Ltd.<br>Attn: Bankruptcy<br>3600 South Gessner Road Ste 225<br>Houston, TX 77063 | GLA Collection Company<br>Attn: Bankruptcy<br>Po Box 588<br>Greensburg, IN 47240 | Indiana Department of Revenue<br>Bankruptcy Section<br>100 N. Senate Ave., N-240<br>Indianapolis, IN 46204 |
| Jefferson Capital Systems LLC<br>PO Box 7999<br>Saint Cloud MN 56302-9617 | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     0<br>Total                  35 | |